**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LOIS WHITE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:23-cv-17157 |
| DHANANI ENTERPRISES LLC, an Illinois limited liability company, | ) Honorable Sara L. Ellis |
| Defendant. | ) |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff Lois White hereby notifies the Court that the Parties have agreed in principle to settle this matter. The Parties respectfully request that all upcoming deadlines be adjourned for thirty (30) days while the Parties finalize the settlement agreement and prepare a stipulation of dismissal.

                Respectfully submitted,

                CASS LAW GROUP, P.C.

                /s/ Angela C. Spears
                Angela C. Spears
                CASS LAW GROUP, P.C.
                20015 S. LaGrange Rd #1098
                Frankfort, IL 60423
                T: (872) 329-4844
                E: aspears@casslawgroup.com
                *Counsel for Plaintiff*

Dated: November 20, 2024